UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
INDYMAC, F.S.B.,

                 Plaintiff,                               OPINION &
- against -                                           ORDER
                                                                      10-CV-4778 (NG)(MDG)
SUZANNE A. DRYSDALE,

                 Defendant.
-------------------------------------------------------x

GERSHON, United States District Judge:

The unopposed Report and Recommendation of Magistrate Judge Marilyn D. Go, dated September 13, 2013, has been reviewed for clear error. Finding none, I adopt the Report & Recommendation and direct the Clerk of Court to enter a default judgment against defendant in the principal amount of $440,000 plus prejudgment interest of $226,093.16 through September 30, 2013, and at the rate of $108.49 per day thereafter until the entry of judgment.

The plaintiff is directed promptly to notify the defendant and the Clerk of Court upon receipt of any monies in excess of $199,000, from a foreclosure or other sources as set forth in Judge Go's Report and Recommendation.

                                                              SO ORDERED.

                                                              s/Nina Gershon

                                                              NINA GERSHON
                                                              United States District Judge

Dated:      Brooklyn, New York
               ~~October~~ ___, 2013
               November 5,

1